## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* | Adv. Proc. No. 19-50758 (BLS) |
| Plaintiff. | |
| v. | |
| PROVIDENT TRUST GROUP, LLC, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF GERALD DAVIS IRA; GERALD DAVIS, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

SHARNA WILSON, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 4, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated March 5, 2021, [Docket No. 25] by causing a true and correct copy to be

---

[1]     The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to following party: *Gerald Davis, 1025 N Wilmar Place, Centerville, UT 84015.*

3.  On March 5, 2021, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated March 4, 2021, [Docket No. 25] by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to following party: *CT Corp System, R/A, Re: Provident Trust Group LLC Admin & Cust, 701 S. Carson St. Ste. 200, Carson City, NV 8970*

4.  The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
8th day of March, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022